## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Goldstein v. Professional Staff Congress/CUNY**　　Docket No.: **23-384**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Jamison Davies**

Firm: **New York City Law Department**

Address: **100 Church St., New York NY 10007**

Telephone: **212-356-2490**　　Fax: **212-356-1148**

E-mail: **jdavies@law.nyc.gov**

Appearance for: **City of New York**
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: **Hon. Sylvia Hinds-Radix/NYC Law Department** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: **/s/ Jamison Davies**

Type or Print Name: **Jamison Davies**