## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Goldstein v. Professional Staff Congress/CUNY    Docket No.: 23-384

Lead Counsel of Record (name/firm) or Pro se Party (name): Jamison Davies
New York City Law Department

Appearance for (party/designation): City of New York

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
(✓) Incorrect. The following parties do not wish to participate in this appeal:
Parties: City of New York
(✓) Incorrect. Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| City of New York | Defendant |

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                                        Fax:
Email:

### RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Jamison Davies
Type or Print Name: Jamison Davies
    OR
Signature of pro se litigant:
Type or Print Name: New York City Law Department
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.