UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE** <br> Goldstein, et al. v. Professional Staff Congress/CUNY, et al. | **DISTRICT** <br> USDC, Southern District NY | **DOCKET NUMBER** <br> 22-cv-321 |
| | **JUDGE** <br> Paul A. Engelmayer | **APPELLANT** <br> Avraham Goldstein, et al. |
| | **COURT REPORTER** <br> Paula Horovitz | **COUNSEL FOR APPELLANT** <br> Nathan J. McGrath |

| | |
|---|---|
| Check the applicable provision: <br> ☐ I am ordering a transcript. <br> ☑ I am not ordering a transcript. <br><br> Reason for not ordering a transcript: <br> ☑ Copy is already available <br> ☐ No transcribed proceedings <br> ☐ Other (Specify in the space below): | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.) <br><br> Conference/Oral Argument on Motions to Dismiss, October 26, 2022 (ECF No. 82) <br><br><br> METHOD OF PAYMENT ☐ Funds ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:** <br> ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS <br> ☐ PREPARE TRANSCRIPT OF TRIAL <br> ☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS <br> ☐ OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE) |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE <br> s/ Nathan J. McGrath | DATE <br> 03/30/2023 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017