# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Goldstein v. Professional Staff Congress/CUNY    Docket No.: 23-384

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: William L. Messenger

Firm: National Right to Work Legal Defense Foundation, Inc.

Address: 8001 Braddock Road, Suite 600, Springfield, Virginia 22160

Telephone: 703-321-8510    Fax: 703-321-9319

E-mail: wlm@nrtw.org

Appearance for: Appellants A. Goldstein, M. Goldstein, Kass-Shraibman, Langbert, Lax, Pagano
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Nathan J. McGrath, The Fairness Center )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 01/05/2021    OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ William L. Messenger

Type or Print Name: William L. Messenger