

April 13, 2023

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: ***Goldstein, et al. v. Professional Staff Congress/CUNY, et al.***
          No. 23-384

Dear Ms. Wolfe:

We represent Appellants in the above-referenced matter. Pursuant to Local Rule 31.2(a)(1)(A), Appellants respectfully request a deadline of June 9, 2023, for the filing of Appellants' opening brief. This date is 71 days after March 30, 2023, the filing date of Appellants' Form D indicating that no transcript will be ordered (ECF No. 16).

                                  Respectfully submitted,

                                  **s/Nathan J. McGrath**
                                  Nathan J. McGrath
                                  Email: njmcgrath@fairnesscenter.org
                                  Danielle R. Acker Susanj
                                  Email: drasusanj@fairnesscenter.org
                                  THE FAIRNESS CENTER
                                  500 North Third Street, Suite 600B
                                  Harrisburg, Pennsylvania 17101
                                  Telephone: 844.293.1001
                                  Facsimile: 717.307.3424

                                  Milton L. Chappell
                                  Email: mlc@nrtw.org

        William L. Messenger
        Email: wlm@nrtw.org
        Glenn M. Taubman
        Email: gmt@nrtw.org
        c/o National Right to Work Legal
          Defense Foundation, Inc.
        8001 Braddock Road, Suite 600
        Springfield, Virginia 22160
        Telephone: 703.321.8510
        Facsimile: 703.321.9319

*Attorneys for Appellants*

cc: All counsel of record (via ECF)