**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: April 28, 2023 | DC Docket #: 22-cv-321 |
| Docket #: 23-384cv | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Goldstein v. Professional Staff Congress/CUNY | DC Judge: Engelmayer |
| | DC Judge: Willis |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8623.