**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-384

**Caption [use short title]**

**Motion for:** Extension of briefing schedule (unopposed)

Set forth below precise, complete statement of relief sought:

Amend briefing schedule so Appellees' briefs are due on July 28, 2023 and Appellants' reply is due August 25, 2023.

Goldstein v. Professional Staff Congress/CUNY

**MOVING PARTY:** Professional Staff Congress/CUNY  
**OPPOSING PARTY:** Appellants Avraham Goldstein, et al.

☐ Plaintiff ☐ Defendant  
☐ Appellant/Petitioner ☑ Appellee/Respondent

**MOVING ATTORNEY:** Scott A. Kronland  
**OPPOSING ATTORNEY:** Nathan J. McGrath

[name of attorney, with firm, address, phone number and e-mail]

Altshuler Berzon LLP  
177 Post Street, Suite 300  
San Francisco, CA 94108

The Fairness Center  
500 North Third Street, Suite 600B  
Harrisburg, Pennsylvania 17101

**Court-Judge/Agency appealed from:** The Hon. Paul A. Engelmayer, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:  
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:  
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No  
Has this relief been previously sought in this court? ☐ Yes ☐ No  
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date: _____

**Signature of Moving Attorney:**

/s/Scott A. Kronland  **Date:** 5/24/2023  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 23-384

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

AVRAHAM GOLDSTEIN; MICHAEL GOLDSTEIN; FRIMETTE KASS-SHRAIBMAN; MITCHELL LANGBERT; JEFFREY LAX; MARIA PAGANO,
*Plaintiffs-Appellants,*

v.

PROFESSIONAL STAFF CONGRESS/CUNY; CITY UNIVERSITY OF NEW YORK; JOHN WIRENIUS, in his official capacity as Chairperson of the New York Public Employee Relations Board; ROSEMARY A. TOWNLEY, in her official capacity as Member of the New York Public Employee Relations Board; ANTHONY ZUMBOLO, in his official capacity as Member of the New York Public Employee Relations Board; CITY OF NEW YORK; THOMAS P. DINAPOLI, in his official capacity as New York State Comptroller,
*Defendants-Appellees*,

On Appeal from the United States District Court, Southern District of New York
Case No. 1:22-cv-00321-PAE (Hon. Paul A. Engelmayer)

**APPELLEE PROFESSIONAL STAFF CONGRESS/CUNY'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

| | |
|---|---|
| Hanan B. Kolko | Scott A. Kronland |
| COHEN, WEISS AND SIMON LLP | ALTSHULER BERZON LLP |
| 900 Third Avenue, Suite 2100 | 177 Post Street, Suite 300 |
| New York, New York 10022-4869 | San Francisco, CA 94108 |
| Telephone: (212) 356-0214 | Telephone: (415) 421-7151 |
| hkolko@cwsny.com | skronland@altshulerberzon.com |

*Attorneys for Defendant-Appellee Professional Staff Congress/CUNY*

Appellee Professional Staff Congress/CUNY ("PSC") moves the Court for an extension of the briefing schedule so that Appellees' briefs on appeal will be due on July 28, 2023 (rather than July 7, 2023) and Appellants' reply brief will be due on August 25, 2023 (28 days later rather than 14 days later). In support of this motion, PSC states as follows:

1. This appeal challenges the constitutionality of New York State law that establishes a collective bargaining system for public employees. The district court granted a motion to dismiss Appellants' claims.

2. On April 28, 2023, this Court issued a Notice of Expedited Appeal that set a briefing schedule whereby Appellants' brief is due on June 2, 2023 and Appellees' briefs are due on July 7, 2023.

3. The undersigned counsel for Appellee PSC, who will be principally responsible for preparing PSC's brief on appeal, has a previously scheduled vacation out of the country from June 1, 2023 to June 17, 2023. Upon returning to the office, he has other prior commitments that were scheduled for immediately after his vacation, including preparing for oral argument in another Second Circuit appeal that is set for June 26, 2023 (*Wheatley*, No. 22-2743-cv). Accordingly, PSC is requesting a 21-day extension of the deadline for filing the Appellees' briefs so they will be due on July 28, 2023.

1

4. The other parties who will be filing briefs on appeal do not oppose the requested extension so long as all Appellees' briefs are due on the same date and Appellants receive a 14-day extension of time to file their reply brief, so the reply brief will be due on August 25, 2023.

5. This request is being made solely to accommodate counsel's schedule and not for purposes of delay. The undersigned counsel is not aware of any party or non-party that would be prejudiced by the change in the schedule.

For the foregoing reasons, the Court should amend the briefing schedule so Appellees' briefs on appeal are due no later than July 28, 2023 and Appellants' reply brief is due no later than August 25, 2023.

Dated: May 24, 2023
Respectfully submitted,

/s/ Scott A. Kronland
Scott A. Kronland
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
skronland@altshulerberzon.com

Hanan B. Kolko
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, New York 10022-4869
Telephone: (212) 356-0214
hkolko@cwsny.com

*Attorneys for Defendant-Appellee Professional Staff Congress/CUNY*

2