# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of May, two thousand twenty-three.

Before:     Alison J. Nathan,
              *Circuit Judge,*

_____

| | |
|---|---|
| Avraham Goldstein, Michael Goldstein, Frimette Kass-Shraibman, Mitchell Langbert, Jeffrey Lax, Maria Pagano, | **ORDER** |
|      Plaintiffs - Appellants, | Docket No. 23-384 |
| v. | |
| Professional Staff Congress/CUNY, et al., | |
|      Defendants - Appellees. | |

_____

     Appellee Professional Staff Congress/CUNY moves for an extension of the expedited briefing schedule so that Appellees' briefs are due July 28, 2023 and Appellants' reply brief is due August 25, 2023.

     IT IS HEREBY ORDERED that the motion is GRANTED on consent.

                                      For the Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court