**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Goldstein v. Professional Staff Congress/CUNY    Docket No.: 23-384

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Cleland B. Welton II

Firm: Office of the New York State Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: (212) 416-6197    Fax:

E-mail: cleland.welton@ag.ny.gov

Appearance for: Appellees City University of New York, John Wirenius, Rosemary A. Townley, Anthony Zumbolo, and Thomas P. DiNapoli
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: David Lawrence III)
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

---

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 30, 2022    OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Cleland B. Welton II

Type or Print Name: Cleland B. Welton II