# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand twenty-four.

Before:   Amalya L. Kearse,
             Guido Calabresi,
             Alison J. Nathan,
                *Circuit Judges*.

_____

| | |
|---|---|
| Avraham Goldstein, Michael Goldstein, Frimette Kass-Shraibman, Mitchell Langbert, Jeffrey Lax, Maria Pagano, | **JUDGMENT** |
|     Plaintiffs - Appellants, | Docket No. 23-384 |
| v. | |
| Professional Staff Congress/CUNY, City University of New York, John Wirenius, in his official capacity as Chairperson of the New York Public Employee Relations Board, Rosemary A. Townley, in her official capacity as Member of the New York Public Employee Relations Board, Anthony Zumbolo, in his official capacity as Member of the New York Public Employee Relations Board, City of New York, Thomas P. DiNapoli, in his official capacity as New York State Comptroller, | |
|     Defendants - Appellees. | |

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court

