# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-four.

_____

Avraham Goldstein, Michael Goldstein, Frimette Kass-Shraibman, Mitchell Langbert, Jeffrey Lax, Maria Pagano,

      Plaintiffs - Appellants,

v.

Professional Staff Congress/CUNY, City University of New York, John Wirenius, in his official capacity as Chairperson of the New York Public Employee Relations Board, Rosemary A. Townley, in her official capacity as Member of the New York Public Employee Relations Board, Anthony Zumbolo, in his official capacity as Member of the New York Public Employee Relations Board, City of New York, Thomas P. DiNapoli, in his official capacity as New York State Comptroller,

      Defendants - Appellees.

_____

**ORDER**

Docket No: 23-384

Appellants, Avraham Goldstein, Michael Goldstein, Frimette Kass-Shraibman, Mitchell Langbert, Jeffrey Lax and Maria Pagano, have filed a petition for rehearing *en banc*. The active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

      FOR THE COURT:
      Catherine O'Hagan Wolfe, Clerk