# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 23, 2024

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:  Avraham Goldstein, et al.
            v. Professional Staff Congress/CUNY, et al.
           No. 24-71
           (Your No. 23-384)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 19, 2024 and placed on the docket July 23, 2024 as No. 24-71.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Angela Jimenez
                      Case Analyst